**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
State Farm Fire and Casualty Company

**UNITED STATES DISTRICT COURT**

**DISTRICT COURT OF NEVADA**

| | |
|---|---|
| **HEIDI HORBAN**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**STATE FARM FIRE AND CASUALTY COMPANY; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive**<br><br>　　　　Defendant | 2:17-cv-02546<br><br><br><br>ECF NO. 14 |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, HEIDI HORBAB, and Defendants, STATE FARM FIRE & CASUALTY COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

///

1

It is Further Stipulated that any Trial Currently Scheduled be Vacated.

Dated: December 29th, 2017        Dated: December 29th, 2017

**RANALLI ZANIEL FOWLER & MORAN, LLC**        **VANNAH & VANNAH**

*/s/ Benjamin Carman*        */s/ DiPaul Marrero II*
**GEORGE M. RANALLI, ESQ.**        **ROBERT D. VANNAH, ESQ.**
Nevada Bar No. 5748        Nevada Bar No. 002503
**BENJAMIN J. CARMAN, ESQ.**        **L. DIPAUL MARRERO II, ESQ.**
Nevada Bar No. 12565        Nevada Bar No. 012441
2400 W. Horizon Ridge Parkway        400 S. Seventh St., Suite 400
Henderson, Nevada 89052        Las Vegas, NV 89101
Attorneys for Defendant        Attorney for Plaintiff

### ORDER

Based on the parties' stipulation [ECF No. 14] and good cause appearing, IT IS HEREBY ORDERED that **all claims in this action are DISMISSED with prejudice**, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
January 23, 2018